Nos. 918 and 919. Pacific Northwest Canning Co. v. Skookum Packers' Assn. June 1, 1931. Petition for writs of certiorari to the Court of Customs and Patent Appeals denied for want of jurisdiction. Section 240,

Judicial Code; § 347, U. S. Code, Title 28; *Postum Cereal Co. v. California Fig Nut Co.*, 272 U. S. 693. Messrs. *Charles E. Townsend* and *Wm. A. Loftus* for petitioner. Messrs. *Karl Fenning, Eugene E. Stevens,* and *William C. De Lacy* for respondent.